ACCEPTED
15-25-00027-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/21/2025 11:02 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00027-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/21/2025 11:02:11 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIFTEENTH JUDICIAL DISTRICT AT AUSTIN, TEXAS

NICHOLAS KREINES, DAVID P. RYAN, LIBERTY MINERAL PARTNERS LLC, NAK RESOURCES INC., AND CGR OIL AND GAS, LLC,

*Appellants,*

V.

ES3 MINERALS, LLC,

*Appellee.*

## NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

Appellee ES3 Minerals, LLC gives notice of the change of address and firm affiliation for Laine Weatherford.

Ms. Weatherford's new firm and contact information are:

Laine Weatherford
Hunton Andrews Kurth LLP
500 W. 5th Street
Suite 1350
Austin, Texas 78701
Email: lweatherford@hunton.com
Telephone:  (512) 542-5054

Respectfully submitted,

*/s/ Laine Weatherford*
Ryan Clinton
State Bar No. 24027934
rclinton@hunton.com
Laine Weatherford
State Bar No. 24131649
lweatherford@hunton.com
HUNTON ANDREWS KURTH LLP
500 West 5th Street, Suite 1350
Austin, Texas 78701
**COUNSEL FOR ES3 MINERALS, LLC**

**CERTIFICATE OF SERVICE**

This motion was served on counsel of record through the electronic filing system on October 21, 2025.

*/s/ Laine Weatherford*
Laine Weatherford

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Baroody on behalf of Laine Schmelzer
Bar No. 24131649
cbaroody@hunton.com
Envelope ID: 107091329
Filing Code Description: Other Document
Filing Description: Notice of Change of Address and Firm Affiliation - Laine Weatherford
Status as of 10/21/2025 11:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kaycie Martinez | | kcmartinez@dgclaw.com | 10/21/2025 11:02:11 AM | SENT |
| James F.Parker | | jparker@lglawfirm.com | 10/21/2025 11:02:11 AM | SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 10/21/2025 11:02:11 AM | SENT |
| Sydney P.Sadler | | ssadler@lglawfirm.com | 10/21/2025 11:02:11 AM | SENT |
| Michael D.Marin | | mmarin@boulettegolden.com | 10/21/2025 11:02:11 AM | SENT |
| Tori B.Bell | | tori@boulettegolden.com | 10/21/2025 11:02:11 AM | SENT |
| Steven Garrett | | steven@boulettegolden.com | 10/21/2025 11:02:11 AM | SENT |

Associated Case Party: ES3 Minerals, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Clinton | | rclinton@hunton.com | 10/21/2025 11:02:11 AM | SENT |
| Ryan Clinton | | rdclinton@dgclaw.com | 10/21/2025 11:02:11 AM | ERROR |
| Laine Weatherford Schmelzer | | lwschmelzer@dgclaw.com | 10/21/2025 11:02:11 AM | ERROR |